# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO RUDY PENA,<br><br>                Plaintiff,<br><br>     v.<br><br>STUART SHERMAN, et al.,<br><br>                Defendants. | 1:18-cv-01527-LJO-GSA-PC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ENTERED ON JANUARY 27, 2020**<br>**(ECF No. 10.)**<br><br>**ORDER DEEMING SECOND AMENDED COMPLAINT TIMELY FILED**<br>**(ECF No. 11.)** |

Alfredo Rudy Pena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On November 5, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) On September 16, 2019, the court screened the Complaint and dismissed it for failure to state a claim, with leave to amend. 28 U.S.C. § 1915A. (ECF No. 6.) On October 21, 2019, Plaintiff filed the First Amended Complaint. (ECF No. 7.)

On December 11, 2019, the court screened the First Amended Complaint and dismissed it for failure to state a claim, with leave to file a Second Amended Complaint within thirty days. (ECF No. 9.) The thirty-day deadline expired and Plaintiff within that time failed to file a Second Amended Complaint or otherwise respond to the court's order. As a result, there was no pleading on file which set forth any claims upon which relief may be granted.

1

On January 27, 2020, the court entered findings and recommendations, recommending that this case be dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute. (ECF No. 10.) On January 27, 2020, Plaintiff filed the Second Amended Complaint. (ECF No. 11.)

In light of the fact that Plaintiff filed the Second Amended Complaint on January 27, 2020, the court shall withdraw the findings and recommendations issued on January 27, 2020 and deem the Second Amended Complaint timely filed on January 27, 2020.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations entered on January 27, 2020, are WITHDRAWN;
2. The Second Amended Complaint is DEEMED timely filed on January 27, 2020; and
3. The Second Amended Complaint shall be screened in due course.

IT IS SO ORDERED.

Dated: __**January 30, 2020**__     _____**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE